**CLOSED**

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:15-mj-30054-DUTY All Defendants

Case title: United States of America v. Mohammed Ahmed Al Farei

Date Filed: 02/06/2015
Date Terminated: 02/06/2015

Assigned to: Magistrate Judge Unassigned

### Defendant (1)

**Omar Mohammed Ahmed Al Farei**
*TERMINATED: 02/06/2015*

represented by **Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5542
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Penny R. Beardslee**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5848
Email: penny_beardslee@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| RULE 5(c)(3) Eastern District of New York | TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO RULE (5)(c)(3)(D) PROCEEDINGS |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Graham L. Teall** <br> U.S. Attorney's Office <br> 211 W. Fort Street <br> Suite 2001 <br> Detroit, MI 48226 <br> 313-226-9100 <br> Fax: 313-226-9118 <br> Email: graham.teall@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2015 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Omar Mohammed Ahmed Al Farei (1). (Sandusky, K) (Entered: 02/09/2015) |
| 02/06/2015 | 2 | Rule 5(c)(3)/Rule 40 Documents Received as to Omar Mohammed Ahmed Al Farei (Sandusky, K) (Entered: 02/09/2015) |
| 02/06/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Omar Mohammed Ahmed Al Farei held on 2/6/2015. Disposition: Consented to Detention (Tape #: MKM 2/6/2015) (Defendant Attorney: Penny Beadslee) (AUSA: Graham Teall) (Court Interpreter: Ali Nassim) (Sandusky, K) (Entered: 02/09/2015) |
| 02/06/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Removal Hearing as to Omar Mohammed Ahmed Al Farei held on 2/6/2015 Disposition: waived (Tape #: MKM 2/6/2015) (Defendant Attorney: Penny Beardslee) (AUSA: Graham Teall) (Court Interpreter: Ali Nassim) (Sandusky, K) (Entered: 02/09/2015) |
| 02/06/2015 | 3 | ORDER APPOINTING FEDERAL DEFENDER as to Omar Mohammed Ahmed Al Farei. Signed by Magistrate Judge Mona K. Majzoub. (DPer) (Entered: 02/09/2015) |
| 02/06/2015 | 4 | ORDER OF DETENTION PENDING TRIAL as to Omar Mohammed Ahmed Al Farei. Signed by Magistrate Judge Mona K. Majzoub. (DPer) (Entered: 02/09/2015) |

| | | |
|---|---|---|
| 02/06/2015 | 5 | WAIVER of Rule 5 Hearings by Omar Mohammed Ahmed Al Farei. (DPer) (Entered: 02/09/2015) |
| 02/06/2015 | 6 | COMMITMENT TO ANOTHER DISTRICT Defendant committed to District of Eastern District of New York. Signed by Magistrate Judge Mona K. Majzoub. (DPer) (Entered: 02/09/2015) |
| 02/09/2015 | 7 | NOTICE transferring case to *EASTERN DISTRICT OF NEW YORK* as to Omar Mohammed Ahmed Al Farei. (DPer) (Entered: 02/09/2015) |
| 02/09/2015 | 8 | NOTICE OF ATTORNEY APPEARANCE: Penny R. Beardslee appearing for Omar Mohammed Ahmed Al Farei (Beardslee, Penny) (Entered: 02/09/2015) |
| 02/10/2015 | | TEXT-ONLY NOTICE to Eastern District of New York of Transfer as to Omar Mohammed Ahmed Al Farei. Your case number is: 15M102. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 6 Commitment to Another District, 7 Notice of Transfer, 8 Notice of Attorney Appearance - Defendant, 1 Rule 5(c)(3) Petition for Transfer Proceedings, 4 Order of Detention Pending Trial, 3 Order Appointing Federal Defender's Office, 5 Waiver of Rule 5 Hearings (Formerly Rule 40), 2 Rule 5(c)(3)/Rule 40 Documents Received (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov) (KKra) (Entered: 02/10/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/10/2015 13:01:20 | | | |
| **PACER Login:** | ud0815:3426153:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-mj-30054-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |